**In re Roy JON.**

No. 06–03–00024–CV.

Court of Appeals of Texas, Texarkana.

Submitted Jan. 30, 2003.

Decided Jan. 31, 2003.

---

Roy Jon, Pro Se.

J. Bradley Compere, Assistant Attorney General, Law Enforcement Defense Division, Austin, for real party in interest.

Before MORRISS, C.J., ROSS and CARTER, JJ.

## OPINION

Opinion by Chief Justice MORRISS.

Roy Jon has filed a petition for writ of mandamus in which he asks this Court to order correctional officers and other employees of the Texas Department of Criminal Justice–Institutional Division to stop retaliatory practices.

This Court has jurisdiction to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district." TEX. GOV'T CODE ANN. § 22.221(b) (Vernon Supp.2003). We do not have authority to issue a writ of mandamus against any of the individuals named in his petition.

We dismiss for want of jurisdiction the petition for writ of mandamus.